IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 39-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| APRIL BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Release to an Inpatient Treatment Program (#21). It appearing to the Court at the call of this matter on for hearing that Defendant was present with her attorney and the Government was present and represented through AUSA Tom Ascik. It further appeared to the Court at the call of this matter on for hearing the Government had no objection to the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Release to an Inpatient Treatment Program (#21) is **ALLOWED** and Defendant will be released at **7:30 a.m.** on **July 27, 2015** to attend the forty-two (42) inpatient treatment program at the Swain Recovery Center.

Signed: July 22, 2015

Dennis L. Howell
United States Magistrate Judge